UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  
FIDEL GALLARZO  
JOSEFINA GALLARZO  

DEBTORS

CASE NO. 15 B 04733  
CHAPTER 13  

JUDGE JACQUELINE P COX  

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WELLS FARGO HOME MORTGAGE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
|  | 1 | XXXXXX2378 | $0.00 | $1,962.23 | $1,962.23 |
| Total Amount Paid by Trustee |  |  |  |  | $1,962.23 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 15-04733-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 12th day of May, 2016.

Debtor:  
FIDEL GALLARZO  
JOSEFINA GALLARZO  
5022 S SPAULDING  
CHICAGO, IL  60632

Attorney:  
SMITH ORTIZ PC  
4309 W FULLERTON  
CHICAGO, IL  60639  
via Clerk's ECF noticing procedures

Creditor:  
WELLS FARGO HOME MORTGAGE  
8480 STAGECOACH CIR  
FREDERICK, MD  21701

Creditor:  
Bank of America  
4161 Piedmont Parkway  
Greensboro, NC  27410

Mortgage Creditor:  
WELLS FARGO BANK  
% CODILIS & ASSOC  
15W030 N FRONTGATE RD #100  
BURR RIDGE, IL  60527

ELECTRONIC SERVICE - United States Trustee

Date:  May 12, 2016

/s/ TOM VAUGHN  
TOM VAUGHN  
CHAPTER 13 TRUSTEE  
55 E. MONROE STREET, SUITE 3850  
CHICAGO, IL  60603