# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois, Eastern Division

| | | | |
|---|---|---|---|
| In re | Fidel Gallarzo | Case number. | 15-04733 |
| | Josefina Gallarzo | | |
| | Debtor | Chapter | 13 |

# Response to Notice of Final Cure Payment

**Name of creditor:** Wells Fargo Bank, N.A.                **Last four digits** of any number you use to identify the debtor's account: ###2378

**Uniform Claim Identifier:** n/a                **Court Claim No. (if known):** n/a

## Part 1: Status of Payments on Claim and Post-Petition Payments

In response to the Trustee's Notice of Final Cure Payment, Creditor states that:

**Section A: Status of Claim Amounts (Choose ONE in Section A)**

[X] As of 06/01/2016, Debtor(s) has paid in full the amount required to cure the default on the Creditor's claim.

  [ ] The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will have paid in full the amount required to cure the default on the Creditor's claim.

[ ] As of _____, Debtor(s) has **not** paid in full the amount required to cure the default on the Creditor's claim.

  [ ] The Creditor contends that the amounts itemized in Part 2 below remain unpaid.

  [ ] The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will have paid in full the amount required to cure the default on the Creditor's claim.

**Section B: Status of Post-Petition Payment, Fees, Expenses and Charges (Choose ONE in Section B)**

[X] **Post-Petition Payments Paid by Debtor(s)**

  [X] As of 06/01/2016, the Creditor agrees that the Debtor(s) is current on all post-petition payments, fees, expenses and charges. Debtor(s) is due post petition for 07/01/2016

  [ ] As of _____, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and charges. The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

[ ] **Post-Petition Payments paid by Trustee**

  [ ] As of _____, the Creditor agrees that the Debtor(s) is current on all post-petition payments consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs. Debtor(s) is due post petition for _____.

    [ ] The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will be current with all post petition payments through the date of the Trustee's Notice consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs.

  [ ] As of _____, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and/or charges consistent with Section 1322(b)(5). The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

## Part 2: Itemization of Claim Amounts not Cured by Debtor(s)

| | Description | | Amount |
|---|---|---|---|
| 1. | **Late charges** | (1) | |
| 2. | **Non-sufficient funds (NSF) fees** | (2) | |
| 3. | **Attorney's fees** | (3) | |

| | | |
|---|---|---|
| 4. | **Filing fees and court costs** | (4) |
| 5. | **Advertisement costs** | (5) |
| 6. | **Sheriff/auctioneer fees** | (6) |
| 7. | **Title costs** | (7) |
| 8. | **Recording fees** | (8) |
| 9. | **Appraisal/broker's price opinion fees** | (9) |
| 10. | **Property inspection fees** | (10) |
| 11. | **Tax advances (non-escrow)** | (11) |
| 12. | **Insurance advances (non-escrow)** | (12) |
| 13. | **Property preservation expenses.** | (13) |
| 14. | **Escrow shortage or deficiency (not included as part of any installment payment listed in line item 15)** | (14) |

15. **Past Due Payments**

    ____ - ____      ____ installments at _____      $0.00
    ____ - ____      ____ installments at _____      $0.00
    ____ - ____      ____ installments at _____      $0.00

    Past due payments prior to _____ in the total amount of _____
    See attached for breakdown

    **Total payments due** ▶      (15)    $0.00

16. **Other. Specify:**      (16)
17. **Other. Specify:**      (17) +
18. **Unapplied Funds**      (18) (    )
19. **Total Claim Amounts not cured by Debtor(s). Add all of the amounts listed above**      (19)    $0.00

**Part 3: Itemization of Post-Petition Payments, Fees, Expenses and Charges not Cured by Debtor(s)**

| | **Description** | **Amount** |
|---|---|---|
| 1. | **Late charges** | (1) |
| 2. | **Non-sufficient funds (NSF) fees** | (2) |
| 3. | **Attorney's fees** | (3) |
| 4. | **Filing fees and court costs** | (4) |
| 5. | **Advertisement costs** | (5) |
| 6. | **Sheriff/auctioneer fees** | (6) |
| 7. | **Title costs** | (7) |
| 8. | **Recording fees** | (8) |
| 9. | **Appraisal/broker's price opinion fees** | (9) |
| 10. | **Property inspection fees** | (10) |
| 11. | **Tax advances (non-escrow)** | (11) |
| 12. | **Insurance advances (non-escrow)** | (12) |
| 13. | **Property preservation expenses.** | (13) |

14. **Past Due Payments**

    **Escrow advance on the account?**

    ☐ No
    ☐ Yes    Escrow advance balance on the account is _____ and will be collected through the escrow portion of the ongoing monthly installments.

|  ____ - ____ | ____ installments at ____ | $0.00 |
|  ____ - ____ | ____ installments at ____ | $0.00 |
|  ____ - ____ | ____ installments at ____ | $0.00 |

Past due payments prior to _____ in the total amount of  _____

See attached for breakdown

                        **Total payments due** ▸    (14)   $0.00

15. **Other. Specify:**   (15)

16. **Other. Specify:**   (16) +

17. **Unapplied Funds**   (17)  (          )

18. **Total post-petition payments, fees, expenses and charges not cured by Debtor(s). Claim Amounts not cured by Debtor(s).**   (18)  $0.00

/s/ Jose Moreno
 Attorney for Creditor
Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A File #14-15-07465

NOTE: This law firm is a debt collector.

**Additional Documentation**

## UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois, Eastern Division

**NOTICE OF RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE**

**TO:** Tom Vaughn, Interim Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Fidel Gallarzo, Josefina Gallarzo, Debtor(s), 5022 S. Spaulding, Chicago, IL 60632
Ted Smith, Attorney for Debtor(s), 4309 W Fullerton Ave, Chicago, IL 60639 by electronic notice through ECF

**PROOF OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on June 2, 2016 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on June 3, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Jose Moreno
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A **FILE (14-15-07465)**

NOTE: This law firm is a debt collector.